Marion A. Burt BECK, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 150, Docket 22072.

United States Court of Appeals Second Circuit.

Argued Feb. 14, 1952.

Decided March 3, 1952.

Perkins, Malone & Washburn, New York City, Watson Washburn, New York City, of counsel, for petitioner, Marion A. Burt Beck.

Mason B. Leming, Washington, D. C., Ellis N. Slack, Acting Asst. Atty. Gen., Melva M. Graney, Sp. Asst. to Atty. Gen., for respondent, Commissioner of Internal Revenue.

Before AUGUSTUS N. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of the Tax Court, 15 T.C. 642.

ESTATE of Charles D. CARTER, Deceased, Grace M. Carter, Administratrix, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 11355.

United States Court of Appeals Sixth Circuit.

Feb. 18, 1952.

Harold K. Bell, Cleveland, Ohio, for petitioner.

Theron L. Caudle, Charles Oliphant, W. H. Schwatka, Ellis N. Slack, Helen Goodner and S. Dee Hanson, Washington, D. C., for respondent.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered that the decision appealed from be and is hereby affirmed, in accordance with the findings of fact and opinion of the Tax Court.

COMMISSIONER OF INTERNAL REVENUE Petitioner on Review, v. BROWN & WILLIAMSON TOBACCO CORPORATION, Respondent on Review.

No. 11539.

United States Court of Appeals Sixth Circuit.

Feb. 8, 1952.

Ellis N. Slack, Mason B. Leming, Washington, D. C., for petitioner.

Richard L. Shook, Washington, D. C., and Louis Seelbach, Louisville, Ky., for respondent.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

Upon consideration of the Motion to Docket and Dismiss this cause, filed by the petitioner on review, and it appearing that counsel for the respondent on review has consented to the granting thereof:

It Is Ordered that the said petition to review be and the same is hereby docketed and dismissed.

It Is Further Ordered that the Clerk of this Court forthwith transmit a certified copy of this order to the Clerk of the Tax Court of the United States at Washington, D. C., 16 T.C. 432.